## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Teri Cline, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:23−cv−03045
                                                    Honorable Jeffrey I Cummings

DemandScience, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 19, 2024:

    MINUTE entry before the Honorable Jeffrey I Cummings: Defendant's agreed motion to extend time to answer or otherwise plead [44] is granted. Defendant shall answer or otherwise plead by 4/5/24. The 4/3/24 status report deadline is stricken and re−set to 4/16/24. The 4/15/24 tracking status hearing is stricken and re−set to at 4/26/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.