IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TERI CLINE AND SIMONA BANNERMAN,** on behalf of themselves and all other plaintiffs similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br><br><br>**DEMANDSCIENCE US, LLC., A MASSACHUSETTS CORPORATION,**<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 23 cv 3045<br><br>**The Honorable Jeffrey I. Cummings District Court Judge**<br><br>Honorable Heather K. McShain Magistrate Judge |

### PLAINTIFFS' UNOPPOSED/CONSENT MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT

NOW COME Plaintiffs, by their attorney of record, and for their Unopposed/Consent Motion For Approval of Fair Labor Standards Act Settlement, hereby submit their Memorandum of Law in Support, filed concurrent herewith.

Respectfully submitted,

*Electronically Filed 03/09/2025*

s/ John W. Billhorn
---------------------------------------
John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, Illinois 60604
(312) 853-1450

## CERTIFICATE OF SERVICE

The undersigned hereby attests under oath that on March 09, 2025, he caused to be served upon the attorney(s) of record herein the aforementioned document(s), by the Court's ECF system, or as otherwise directed.

        Respectfully submitted,

        *Electronically Filed 03/09/2025*

        s/ John W. Billhorn
        ----------------------------------------
        John W. Billhorn

        BILLHORN LAW FIRM
        53 W. Jackson Blvd., Suite 1137
        Chicago, Illinois 60604
        (312) 853-1450