### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Teri Cline, et al.
                                          Plaintiff,

v.                                                                    Case No.: 1:23−cv−03045
                                                                    Honorable Jeffrey I Cummings

DemandScience, LLC, et al.
                                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed plaintiffs' unopposed/consent motion for approval of fair labor standards act settlement [71]. For the following reasons, and for the additional reasons set forth in the accompanying order, the parties' motion [71] is granted. To begin, even in an individual action where the Court never certified a collective action, "[s]tipulated settlements in a FLSA case must be approved by the Court..." Burkholder v. City of Ft. Wayne, 750 F. Supp. 2d 990, 994 (N.D. Ind. 2010), quoting Misiewicz v. D'Onofrio Gen. Contractors, No. 08 CV 4377(KAM)(CLP), 2010 WL 2545439, at *3 (E.D.N.Y. May 17, 2010). "To determine the fairness of a settlement under [the] FLSA, 'the court must consider whether the agreement reflects a reasonable compromise of disputed issues rather than a mere waiver of statutory rights brought about by an employer's overreaching." Burkholder, 750 F. Supp. 2d at 994–95 (cleaned up). "Normally, a settlement is approved where it is the result of contentious arm's−length negotiations, which were undertaken in good faith by counsel... and serious questions of law and fact exist such that the value of an immediate recovery outweighs the mere possibility of further relief after protracted and expensive litigation." Misiewicz, 2010 WL 2545439, at *3 (cleaned up). Here, the record reflects that the settlement of this bona fide dispute was the result of arm's length negotiations by experienced counsel with the assistance of Magistrate Judge McShain following extensive informal document discovery, including payroll data, time−stamped data, and analysis of the same by a third−party statistics/economics expert, and disputed issues, including those raised in defendant's motion to dismiss. Enter Order Approving Settlement. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.